**Samar CHATTERJEE, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 04–3167.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2004.

*ORDER*

GAJARSA, Circuit Judge.

The Department of the Treasury moves without opposition to remand the case to the Merit Systems Protection Board "for a clarification of its initial decision in light of this Court's decision in *Spencer v. Dep't of the Navy*, 327 F.3d 1354 (Fed.Cir.2003)."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

**Francis S. KLECKNER, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3382.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.